IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| James Jones, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   14 C 2276 |
| | ) | |
| Transworld Systems, Inc., a California | ) | Judge Kendall |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby voluntarily dismisses his claims against the Defendant, without prejudice.

Dated: April 15, 2014

One of Plaintiff's Attorneys


/s/ David J. Philipps_____ _
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1

## CERTIFICATE OF SERVICE

       I hereby certify that on April 15, 2014, a copy of the foregoing **Notice of Voluntary Dismissal without Prejudice** was filed electronically. Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on April 15, 2014.

Transworld Systems, Inc.
c/o James K. Schultz
Sessions, Fishman & Nathan, LLP
55 W. Monroe Street
Suite 1120
Chicago, Illinois 60603


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com